**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| WILLIAM SELEMBO AND JEANNIE SELEMBO, | : | No. 103 WAL 2024 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| JAMES MARIANI AND ANNE MARIANI, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.